**QUILL & ARROW LLP**
Kevin Y. Jacobson (SBN 320532)
kjacobson@quillarrowlaw.com
Gregory Sogoyan (SBN 316832)
gsogoyan@quillarrowlaw.com
e-service@quillarrowlaw.com
10900 Wilshire Boulevard, Suite 300
Los Angeles, CA 90024

Attorneys for Plaintiffs,
**HUMBERTO SILVA AND LEGACY FREIGHT LINES, LLC**

**THETA LAW FIRM, LLP**
Soheyl Tahsildoost (SBN 271294)
st@thetafirm.com
Mehgan Gallagher (SBN 338699)
mg@thetafirm.com
eservice@thetafirm.com
15901 Hawthorne, Blvd., Suite 270
Lawndale, CA 90260

Attorneys for Defendant,
**MERCEDES-BENZ USA, LLC**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO SILVA, an individual, and LEGACY FREIGHT LINES LLC, a California Limited Liability Company<br><br>       Plaintiff,<br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company,<br><br>       Defendants. | Case No: 5:22-cv-00852-SPG-SP<br><br>District Judge: Sherilyn Peace Garnett<br>Magistrate Judge: Sheri Pym<br><br>**JOINT NOTICE OF SETTLEMENT** |

1

---

JOINT NOTICE OF SETTLEMENT

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs, HUMBERTO SILVA and LEGACY FREIGHT LINES LLC, and Defendant, MERCEDES-BENZ USA, LLC (the "Parties"), jointly, write to advise this Court that they have settled this matter. The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms is pending.

Once all terms of the settlement are completed and payment is received by Plaintiffs and after payment of Plaintiffs' attorneys' fees, costs and expenses, to be determined by agreement of the Parties or by noticed motion, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

Dated: February 16, 2023           **QUILL & ARROW LLP**

                                   By  *Kevin Y. Jacobson*
                                       Kevin Y. Jacobson, Esq.
                                       Gregory Sogoyan, Esq.
                                       Attorneys for Plaintiffs,
                                       **HUMBERTO SILVA AND LEGACY FREIGHT LINES LLC**

Dated: February 16, 2023           **THETA LAW FIRM, LLP**

                                   By:  */s/Mehgan Gallagher*
                                        Mehgan Gallagher, Esq.
                                        Soheyl Tahsildoost, Esq.
                                        Attorneys for Defendant,
                                        **MERCEDES-BENZ USA, LLC**