JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO SILVA, an individual, and LEGACY FREIGHT LINES LLC, a California Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCEDES-BENZ USA LLC, a Delaware Limited Liability Company,<br><br>Defendants, | Case No.: 5:22-cv-00852-SPG-SP<br><br>Assigned to the Hon. Sherilyn Peace Garnett and Hon. Magistrate Judge Sheri Pym<br><br>**ORDER OF DISMISSAL** |

    Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, each side to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATE: May 10, 2023         By: _____
                                                         UNITED STATES DISTRICT JUDGE
                                                         HON. SHERILYN PEACE GARNETT